## STATE v. FARSON.

Court of Quarter Sessions. Dover. Spring, 1794.

*Wilson's Red Book, 21.**

---

* This case is also reported in *Bayard's Notebook, 85.*

PER CURIAM. *Collins v. Hall* does not apply here; the witness is inadmissible.

Verdict guilty.